UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANDA MADRY,

        Plaintiff,

v.

KING COUNTY,

        Defendant.

C18-402 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Extend Time to Take Deposition of Expert Economic Witness or in the Alternative to Continue Trial Date, docket no. 39, is GRANTED in part. Plaintiff may take a perpetuation deposition of Robert Patton no later than May 6, 2019. Plaintiff's alternative motion to continue trial is DENIED. King County's Response and request to continue trial, docket no 44, is also DENIED.

(2) The pretrial conference is RESET to May 9, 2019, at 1:30 p.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of April, 2019.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1