UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANDA MADRY,

        Plaintiff,

v.

KING COUNTY,

        Defendant.

C18-402 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion in limine, docket no. 48, is DENIED in part, STRICKEN in part, and DEFERRED in part as follows:

    1. Motion to allow plaintiff to use videotaped deposition clips during her opening statement is DEFERRED to the pretrial conference;

    2. Motion to exclude testimony regarding Plaintiff's work performance at employers before and after she was terminated from King County is DENIED;

    3. Motion to allow plaintiff to control the presentation of her case by calling adverse witnesses, using leading questions, and limiting defendants' "cross examination" of defense witnesses during plaintiff's case in chief is DEFERRED to the pretrial conference;

    4. Motion to exclude hearsay testimony about plaintiff's alleged job performance that goes beyond the scope of plaintiff's termination letter is DENIED;

    5. Motion to exclude evidence of plaintiff's work performance at employers before and after she worked at King County is DENIED;

MINUTE ORDER - 1

6. Motion to exclude evidence of plaintiff's entire medical record file with PacMed is STRICKEN as moot; and

7. Motion to exclude evidence of plaintiff's Employment Separation Agreement with Providence is DENIED.

(2) Defendants' motion in limine, docket no. 46, is GRANTED in part, DENIED in part, and DEFERRED in part as follows:

A. Motion to exclude testimony by plaintiff criticizing the county for exercising its constitutional right to defend itself against her claims is GRANTED;

B. Motion to exclude evidence regarding economic loss reports based on evidence which was not timely produced by plaintiff is DENIED;

C. Motion to exclude testimony by plaintiff about her own medical conditions beyond her own sensory perceptions. is DEFERRED to the pretrial conference;

D. Motion to exclude witnesses not listed in initial disclosures or produced in response to discovery propounded by defendant is GRANTED/DEFERRED as follows:

    1. Motion to exclude testimony of Unita Knight is GRANTED;

    2. Motion to exclude testimony of Jeffrey Edwards is GRANTED;

    3. Motion to exclude testimony of Lee Jones is DEFERRED to the pretrial conference;

E. Motion to exclude Dr. Kanter is GRANTED in part. Dr. Kanter will be permitted to testify as a treating physician but will not be allowed to give expert testimony;

F. Motion to limit duplicative testimony regarding "emotional distress is DENIED as moot;

G. Motion to exclude evidence regarding discrimination claims of other employees (Lee Jones) who are not "similarly situated" is DEFERRED to the pretrial conference;

H. Motion to exclude any evidence, testimony, mention, or argument concerning non-relevant pseudo comparators is DEFERRED to the pretrial conference;

MINUTE ORDER - 2

I. Motion to exclude evidence, testimony, mention, or argument concerning insurance coverage available to defendants is GRANTED;

J. Motion to exclude evidence, testimony, mention, or argument concerning settlement negotiations is GRANTED;

K. Motion to exclude evidence, testimony, mention, or argument concerning the expenses of litigation. is GRANTED;

L. Motion to exclude any argument for political or punitive effect is GRANTED;

M. Motion to exclude any argument that jurors should place themselves in the plaintiff's position is GRANTED;

N. Motion to exclude any mention or evidence concerning the parties' motions *in limine* or the court's rulings on such motions or previous motions made by the parties is GRANTED;

O. Motion to require plaintiff to disclose the order in which she intends to call her witnesses is GRANTED; and

P. Motion to exclude evidence of plaintiff's public disclosure lawsuit and settlement is GRANTED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 3