UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| YOLANDA MADRY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:18-cv-00402 |
| | ) | |
| vs. | ) | PRETRIAL ORDER |
| | ) | |
| KING COUNTY DEPARTMENT OF TRANSPORTATION (KCDOT), | ) | LCR 16(1) |
| | ) | |
| | ) | TRIAL DATE: MAY 20, 2019 |
| Defendant. | ) | |

The parties submit this Joint Pretrial Statement in accordance with Western District of Washington Civil Rule 16(h) and the Court's Order Setting Trial Date and Related Dates.

I. **FEDERAL JURISDICTION**

Jurisdiction in this case is pursuant to 28 U.S.C.A. §1367.

II. **CLAIMS AND DEFENSES**

   **A. Plaintiff's Claims**

   1. **RCW 49.60** – DISPARATE TREATMENT - Plaintiff is alleging disparate treatment based on Race.

   2. **RCW 49.60** – RETALIATION FOR OPPOSING A DISCRIMINATORY PRACTICE Plaintiff is alleging that she was terminated in retaliation for opposing a discriminatory practice at work.

PRETRIAL ORDER - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

**B. Defendant's Defenses**

1. The damages and/or injuries alleged by the plaintiff, if any, are the result of the plaintiff's own conduct and were not the result of any conduct of the defendant.
2. King County would have made the same decision to terminate Plaintiff's employment.
3. Plaintiff has failed to mitigate her damages, if any exist.

## III. STIPULATED FACTS

The following facts are admitted by the parties:

1. On April 13, 2015, Plaintiff received an offer of employment as a term-limited temporary Transit Administrative Support Specialist III (TASS III) in the Transit Division's Human Resources Section. Plaintiff's start date was April 14, 2015 and the work was anticipated to end no later than April 13, 2016.
2. Plaintiff received an offer letter for the position of Recruiting Coordinator TLT (HR Associate) on May 4, 2015.
3. Plaintiff began her position as a TLT Recruiting Coordinator (HR Associate) on May 11, 2015.
4. Ivette Martinez Morales formally reviewed Plaintiff's work performance in August of 2015.
5. The TASS III position reported to Adrienne Leslie. As an HR Associate, Plaintiff's supervisor was Ivette Martinez Morales during her employment term.
6. King County conducted an investigation into Plaintiff's access into NEOGOV during early October of 2015.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

7. King County employee Susan Eddy conducted an investigation of an allegation that Plaintiff misused county information technology assets. Plaintiff was suspected to have improperly used the NEOGOV applicant tracking system by accessing applicant information in a recruitment for which she was an active applicant, changing applicant status, and moving applications through examination steps.

8. Plaintiff told employee James Moreau that King County employee, Ivette Martinez Martinez Morales mentioned the words "race card" to her in reference to another Black employee applying for a job by the name of Lee Jones.

9. Plaintiff was terminated from King County on October 16, 2015.

10. Plaintiff sought no medical, mental health, or psychiatric care between January 26, 2015 and March 18, 2016 other than filling previously prescribed prescriptions for medication.

11. Plaintiff was diagnosed with Generalized Anxiety Disorder several years ago and has been prescribed and taking medications to treat it since at least 2013.

## IV. ISSUES OF LAW

The following are the issues of law to be determined by the Court:

**A. Plaintiff:**

1. Did Defendant violate Plaintiff's rights under RCW 49.60 by treating her disparately compared to her similarly situated coworkers based on Race?

2. Did Defendant violate Plaintiff's rights under RCW 49.60 by retaliating against her after Plaintiff reported to a coworker that her supervisor, Ivette Martinez-Morales, made a comment that Plaintiff believed was offensive based on race?

PRETRIAL ORDER - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

3. Was Ms. Madry's race a substantial factor in Defendant, King County's, decision to terminate her employment in violation of the Washington Law Against Discrimination?

4. Was Ms. Madry's alleged opposition to an alleged discriminatory statement made by, Ivette Martinez-Morales, a "substantial factor" in King County's decision to terminate Madry?

## V. WITNESSES

### A. Plaintiff's Witnesses

**EXPERT WITNESS:**

**1. Robert Patton – Will Testify via Video Deposition**

Mr. Patton will testify to Plaintiff's Economic Loss since her termination from King County. Mr. Patton is an expert economist as set forth in his report dated April 9, 2019.

**2. Evan Kanter –**

Mr. Kanter formed his opinion of Ms. Madry's medical conditions during visits she had with him to treat anxiety and depression.

**LAY WITNESSES:**

**3. Plaintiff, Yolanda Madry – Will Testify**

Contact Information is with Plaintiff's counsel at:

Nolan Lim Law Firm, PS

705 Second Ave. Suite, 1000

Seattle, WA 98104

PRETRIAL ORDER - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

4. **Ivette Martinez Morales – Will Testify**

   Contact Information Known to Defendant

   Information regarding Defendants' actions during the events immediately proceedings and lasting through the termination of Plaintiff.

5. **Susan Eddy – Will Testify**

   Contact Information Known to Defendants

   Information regarding Defendants' actions during the events immediately proceedings and lasting through the termination of Plaintiff.

6. **Adrienne Leslie – Will Testify**

   Contact Information Known to Defendants

   Information regarding Defendants' actions during the events immediately proceedings and lasting through the termination of Plaintiff.

7. **James Moreau – Will Testify**

   2653 22nd W. Avenue

   Seattle, WA 98199

   Former employee of Defendant who will testify to events during and immediately after Plaintiff's employment termination. Mr. Moreau will testify to his recollection of events during Ms. Madry's employment and immediately thereafter.

8. **Jose Dominguez – Will Testify**

   (360) -584-7177

PRETRIAL ORDER - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

Tumwater, WA

Mr. Dominguez will testify to his recollection of events during Plaintiff's employment with Defendant.

9. **Jenifer Montoya –Witness**

   Information regarding Defendant's action during the last two weeks prior to Plaintiff's termination.

**Defendant's Response:** As set forth in Motions *in Limine*, King County reiterates its objections to the testimony of the witnesses who were not disclosed in discovery. King County specifically objects to the testimony of Lee Jones, Jeffrey Edwards, and Unita Knight who were not disclosed in initial disclosures or any subsequent responses to King County's requests for discovery. King County objects to the testimony of Dr. Evan Kanter who was not disclosed as a witness until April 16, 2019, more than two months after the end of discovery, and to his designation as an expert for the first time on April 23, 2019, more than six months after the expert disclosure deadline.

B. **Defendant's Witnesses**

1. **Susan Eddy – Will Testify**

   Contact through defendant's counsel.

   Ms. Eddy participated in plaintiff's training, interviewed her related to concerns regarding HR Associate in-fighting, conducted the investigation into plaintiff's misuse of the Neogov system and has information on the events leading to the plaintiff's termination.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

2. **Edye Edwards – Will Testify**

   Contact through defendant's counsel.

   Ms. Edwards worked as a Human Resource Associate during the time of plaintiff's employment and has information on the events leading to the plaintiff's termination.

3. **Anh Hoang – Possible Witness Only**

   Contact through defendant's counsel

   Ms. Hoang worked as an Employee Labor Representative and spoke with the plaintiff in the time period preceding plaintiff's termination.

4. **Grant Johnson – Will Testify**

   Contact through defendant's counsel. Mr. Johnson worked as a Human Resource Associate during the time of plaintiff's employment and participated in plaintiff's training. He was supervised by Ivette Martinez-Morales.

5. **Adrienne Leslie – Will Testify**

   Contact through defendant's counsel.

   Ms. Leslie terminated plaintiff from her employment and has information on the events leading to that decision.

6. **Elisha Mackey – Will Testify**

   Ms. Mackey worked as a Human Resource Associate with plaintiff and has information pertaining to the requirements of the position and related to the events leading to plaintiff's termination.

7. **Ivette Martinez Morales – Will Testify**

   Contact through defendant's counsel.

   Ms. Martinez Morales was plaintiff's supervisor at the time of her termination and has information on the events leading to that decision.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

8. **James Moreau – Possible Witness Only**

   2653 22nd W. Avenue

   Seattle, WA 98199

   Mr. Moreau spoke with plaintiff prior to her termination.

9. **Patricia Stinehour – Possible Witness Only**

   Contact through defendant's counsel.

   Ms. Stinehour worked as a Human Resource Associate with plaintiff and has information pertaining to the requirements of the position and related to the events leading to plaintiff's termination.

10. **Records Custodian for General Dynamics –Possible Witness Only**

    3756 17th Street SW

    Lewis McChord, WA 98433

    253-964-0458

    The Records Custodian for General Dynamics would be called to authenticate records received from Plaintiff's current employer General Dynamics.

11. **Records Custodian for Providence Health Services – Possible Witness Only**

    1801 Lind Ave SE

    Renton, WA 98057

    425-525-3355

    The Records Custodian for Providence Health Services would be called to authenticate records received from Plaintiff's former employer Providence Health Services.

12. **Records Custodian for PacMed – Possible Witness Only**

    601 S Carr Road

    Renton, WA98055

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

1  425-277-3700

The Records Custodian for PacMed Renton would be called to authenticate Medical records received from Plaintiff's Medical Providers.

## VI.  EXHIBITS

### A. Plaintiff's Exhibits

| Ex. No. | Date | Bates Number | Description | Admissibility Stipulated | Disputed Admissibility | Disputed Authenticity |
|---|---|---|---|---|---|---|
| 1 | 2015-04-13 | KC-YM-000063 | Plaintiff's Hiring Letter for TASS III | X | | |
| 2 | 2015-05-04 | KC-YM-000093-94 | Plaintiff's Hiring Letter for TLT | X | | |
| 3 | 2015-08-11 | KC-YM-000012-14 | Performance Review | X | | |
| 4 | 2015-10-05 | KC-YM-000043 | Paid Admin Leave Letter | X | | |
| 6 | 2015-10-16 | KC-YM-000114 - KC-YM-000115 | Plaintiff's Termination Letter | X | | |
| 7 | 2015-08-25 | KC-YM-000604 | Chief's Toolbox Email, From: Adrienne Leslie, To: Ivette Martinez-Morales | X | | |
| 8 | 2015-10-05 | KC-YM-000045-49 | Madry Investigation Report | X | | |
| 9 | 2015-10-20 | KC-YM-000022-23 | Madry Correspondence placed in personnel file | X | | |
| **10** | **2013-11-01** | | **King County Space Planning Document** | | **X** | **X** |
| 11 | 2006-07-25 | | Employee Related Workplace Investigations Policy | X | | |
| 12 | 2015-10-15 | KC-YM-000232-235 | Interview Notes Madry Investigation - Ivette Martinez Morales | X | | |
| 13 | 2015-10-05 | KC-YM-000256-258 | From: Anh Honag To Susan Eddy; Hoang Notes of Meeting with Madry | X | | |
| 14 | 2015-10-05 | KC-YM-000042 | Jose Dominguez Written Note | X | | |
| 15 | 2002-07-01 | KC-YM-001021 - KC-YM-001025 | King County Non-Discrimination Policy | X | | |
| 16 | 2015-10-09 | KC-YM-000262 - KC-YM-000263 | Eddy to Hoang Email regarding Madry conversation notes | X | | |
| 17 | 2015-10-06 | KC-YM-000249-252 | Email from Martinez-Morales to Susan Eddy – Interview Notes | X | | |
| 18 | 2015-10-15 | KC-YM-000026 - KC-YM-000041 | Eddy Handwritten Notes | X | | |
| 19 | 2015-10-15 | KC-YM-000236-238 | Jose Dominguez Investigation Notes | X | | |

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

| # | Date | Bates | Description | P | D | Both |
|---|---|---|---|---|---|---|
| **20** | **2013-12-01** | | **King County Due Process Manual** | | **X** | |
| 21 | 2015-11-19 | YM-000237 | Plaintiff Last Paystub at King County | X | | |
| 22 | 2018-01-01 | | Plaintiff's W2 from Providence Hospital | X | | |
| 23 | 2018-01-01 | | Plaintiff's W2 from General Dynamics | X | | |
| 24 | 2018-01-01 | | Plaintiff's W2 from Nordstrom | X | | |
| 25 | 2018-01-01 | | Plaintiff's W2's from Contract Professionals | X | | |
| 26 | 2018-08-23 | PM - 0002 - PM – 0005; PM - 0009 - PM – 0012; PM - 0013 - PM – 0016; PM - 0017 - PM – 0021; PM - 0021 - PM – 0025; PM - 0040 - PM – 0042; PM - 0042 - PM – 0045; PM - 0048 - PM – 0051; PM - 0056 - PM – 0059; PM - 0062 - PM - 0065 | Plaintiff Pacific Medical Records (Stipulated Set w/ Redactions of Unrelated Personal Information) | X | | |
| 27 | 2016-01-01 | YM00019-20 | Plaintiff's 1040 2015 | X | | |
| 28 | 2017-01-01 | YM000030-31 | Plaintiff's 1040 2016 | X | | |
| 29 | 2018-01-01 | YM0000147-149 | Plaintiff's 1040 2017 | X | | |
| 30 | 2015-09-22 | KC-YM0000749 | Email – Martinez Morales to Yolanda Madry re Lee Jones | X | | |
| 31 | 2015-09-28 | KC-YM-000781-782 | Email from Martinez Morales to Madry Re: Liability | X | | |
| **32** | | **Dkt No. 4** | **Defendant's answer to Plaintiff's Complaint** | | **X** | |
| **33** | **2018-04-06** | | **Defendant's answers to Plaintiff's First Set of Interrogatories** | | **X** | |
| 34 | 2015-04-14 | KC-YM-00050 | Yolanda Madry – Access to Confidential Employee Data Form | X | | |
| **35** | | | **Perpetuation Video deposition of Bob Patton in lieu of live trial testimony** | | **X** | **X** |
| 36 | 2018-06-15 | | Plaintiff's last paystub at Providence Hospital | X | | |
| 37 | 2016-01-01 | YM-000241 (2) | W2 Providence 2016 | X | | |
| 38 | 2017-01-01 | YM-000242 (2) | W2 Providence 2017 | X | | |
| 39 | 2015-01-01 | | 1099 KCDOT 1099 | X | | |
| 40 | 2018-11-01 | 74:14-74:22 Video Timestamp: 12:02:55-12:03:05 | Video Deposition Clip of Ivette Martinez-Morales | | | |

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

| | | | | Demonstrative Economic Loss Chart | | | |
|---|---|---|---|---|---|---|---|
| | 41 | | | | | | |
| | 42 | | | Demonstrative | | | |
| | 43 | | | Demonstrative Organizational Chart | | | |
| | 44 | | | Demonstrative Photos of King County Management staff | | | |

**B. Defendant's Exhibits**

| Ex. No. | Date | Bates Number | Description | Admissibility Stipulated | Disputed Admissibility | Disputed Authenticity |
|---|---|---|---|---|---|---|
| 100 | 2005-04-01 | | King County Personnel Guidelines | X | | |
| 101 | 2015-03-04 | KC-YM-000087 | Transit Administrative Support Specialist Job Posting | X | | |
| 102 | 2015-03-22 | KC-YM-000106 | Recruiting Coordinator Job Posting | X | | |
| 103 | 2015-04-14 | KC-YM-000069 | Hire Letter for HR Associate Position | X | | |
| 104 | 2015-05-01 | | HR Org Chart | X | | |
| 105 | 2015-05-03 | KC-YM-000118 | Transit HR Onboarding and Training Plan for HR Associates | X | | |
| 106 | 2015-05-11 | KC-YM-000302 | HR Associate TLT Schedule | X | | |
| 107 | 2015-09-05 | | *Demonstrative Picture of HR Staff* | | | |
| 108 | 2015-09-10 | KC-YM-000011 | Email from Parker to Ivette regarding Interview Scores 2015RC04617 | X | | |
| 109 | 2015-09-17 | KC-YM-000003 | Email from Madry to Ivette regarding Interview Scores 2015JD05030 | X | | |
| 110 | 2015-10-05 | KC-YM-000052 | Response and Memo regarding Investigation from Martinez-Morales | X | | |
| 111 | 2015-10-17 | KC-YM-000113 | PCN for Termination | X | | |
| 112 | 2016-01-01 | | 2016 King County Salary Table | X | | |
| 113 | 2016-01-15 | | Hire Letter from Providence | X | | |
| 114 | 2017-01-01 | | 2017 King County Salary Table | X | | |
| 115 | **2017-04-02** | | **2017 Performance and Development Form from Providence** | | **X** | **X** |
| **116** | 2018-01-01 | | 2018 King County Salary Table 1.75% | X | | |
| 117 | 2018-01-01 | | 2018 King County Salary Table 3.25% | X | | |
| 118 | 2018-11-09 | | Hire Letter from General Dynamics | X | | |
| 119 | 2019-02-14 | | Settlement Agreement from Providence health and services | | **X** | |
| 120 | **2019-02-14** | | **Tuition Reimbursement from Providence health and services** | | **X** | |

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

| | | | | | | |
|---|---|---|---|---|---|---|
| **121** | 2019-01-01 | | King County Code Title 3 Personnel - Chapter 3 | | **X** | **X** |
| 122 | 2019-04-17 | | *Demonstrative Timelines* | | | |
| 123 | 2015-01-01 | | PERS Choice Booklet | | **X** | **X** |
| 124 | 2014-04-01 | | King County Contingent Worker Manual | | **X** | **X** |
| 125 | 2014-09-01 | | King County Performance Appraisal and Merit Pay System Manual | | **X** | **X** |
| 126 | | | *Economic Loss Demonstrative* | | | |
| 127 | | | *Demonstrative Aids* | | | |

DATED this 3rd day of May, 2019.

| NOLAN LIM LAW FIRM, P.S. | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney |
|---|---|
| By: _/s/Nolan Lim_<br>Nolan Lim Law Firm, PS<br>705 Second Ave., Suite 1000<br>Seattle, Washington 98104<br>Telephone: (206) 774-8874<br>Facsimile: (206) 430-6222<br>nolan@nolanlimlaw.com<br><br>Attorney for Plaintiff | By: _/s/Donna F. Bond_<br>Donna F. Bond, WSBA #36177<br>Amy Montgomery, WSBA #32068<br>500 Fourth Avenue<br>Seattle, Washington 98104<br>Telephone:(206) 296-0430<br>Fax: (206) 296-8819<br>dbond@kingcounty.gov<br>Attorneys for King County |

## **ACTION BY THE COURT**

(a) This case is scheduled for trial before a jury on May 20, 2019, at 9:00 a.m.

(b) Trial briefs shall be submitted to the Court on or before May 3, 2019.

(c) Jury instructions requested by either party shall be submitted to the Court on or before May 3, 2019. Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before May 3, 2019.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a

PRETRIAL ORDER - 12

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

subsequent order.  This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 9th day of May, 2019.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

PRETRIAL ORDER - 13

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430 Fax (206) 296-8819