UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANDA MADRY,

        Plaintiff,

   v.

KING COUNTY,

        Defendant.

C18-402 TSZ

VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find that race was a substantial factor in King County's decision to terminate Plaintiff's employment?

Answer:

   Yes _____      No ✓____

**If your answer to Question No. 1 is "Yes," then proceed to Question No. 2.  If your answer to Question No. 1 is "No," then proceed to Question No. 3.**

VERDICT - 1

1  Question No. 2

2  Do you find that King County has proved by clear and convincing evidence that

3  King County would have made the same decision even if Plaintiff's race had played no

4  role in the employment decision?

5  Answer:

6  Yes _____        No _____

7

8  Question No. 3

9  Do you find for Plaintiff on her second claim for retaliation?

10  Answer:

11  Yes _____        No ✓

12

13  **If your answer to Question No. 1 is "Yes" and your answer to Question No. 2**

14  **is "No," and/or if your answer to Question No. 3 is "Yes," then proceed to Question**

15  **No. 4. Otherwise, sign and date the verdict form.**

16

17  Question No. 4

18  What amount of damages, if any, do you award to Plaintiff?

19  Amount of damages for lost earnings
   and fringe benefits:                        $_____
20
   Amount of damages for future lost earnings
21   and fringe benefits:                       $_____

22  Amount of damages for emotional harm:        $_____

23

VERDICT - 2

1    DATED this *23rd* day of _*May*_, 2019.

2

3

4

Presiding Juror

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

VERDICT - 3