# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

YOLANDA MADRY,

        Plaintiff,

  v.

KING COUNTY,

        Defendant.

C18-402 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 96, brought by Nolan Lim for leave to withdraw as counsel of record for plaintiff Yolanda Madry is GRANTED. Nolan Lim and the Nolan Lim Law Firm, PS are granted leave to withdraw, effective immediately.

(2) If plaintiff Yolanda Madry wishes to be represented by counsel, she shall arrange for an attorney authorized to practice in this Court to file a notice of appearance on or before August 30, 2019. Absent timely filing of a notice of appearance, the Court will deem plaintiff as proceeding pro se in this litigation.

(3) Plaintiff is advised that, if she proceeds pro se, she will have an obligation to keep the Court apprised of her contact information and to provide the Court with any change of address. Plaintiff is also advised that, if she proceeds pro se, she will be expected to comply with the rules and orders of this Court and that she will be held to the same standards as lawyers authorized to practice before this Court.

MINUTE ORDER - 1

(4)  Pursuant to Ninth Circuit FRAP 24(a)(1), Plaintiff's application to appeal *in forma pauperis*, docket no. 100, is GRANTED.

(5)  The Clerk is directed to send a copy of this Minute Order to all counsel of record and to plaintiff pro se.

Dated this 29th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2